CHARLES F. BANDEL, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Bandel* v. *City of New York*, 144 App. Div. 938, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1911, which affirmed a final judgment dismissing the complaint entered upon an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to have declared illegal and void an ordinance of the board of health of the city of New York requiring a certificate of death to be signed by a physician on whom had been conferred the degree of doctor of medicine.

*Edwin A. Jones* and *Albert Van Winkle* for appellant.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and COLLIN, JJ.; HISCOCK, J., concurs on the ground that plaintiff having been licensed to practice osteopathy under the provisions of section 14 of chapter 344 of the Laws of 1907, and not in accordance with the last clause of subdivision 6 of section 7 of said act and related pro-

visions, is not in position to claim that the ordinance in question is arbitrarily and unreasonably discriminating. Concurs: VANN, J.